**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **AARON TSANG,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**CAROLYN W. COLVIN,**<br>**ACTING COMMISSIONER OF**<br>**SOCIAL SECURITY,**<br><br>      **Defendant.** | Case No. EDCV 16-1340 MWF (AJW)<br><br>**ORDER ACCEPTING REPORT**<br>**AND RECOMMENDATION**<br>**OF MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions of the Report to which objections were directed.

**IT IS SO ORDERED**.

DATED: November 29, 2016

                                            MICHAEL W. FITZGERALD<br>
                                            United States District Judge