UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AARON TSANG and SUE TSANG, | ) |
| Plaintiff, | ) No. EDCV 16-1340 MWF (AJW) |
| v. | ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) JUDGMENT |
| Defendant. | ) |

It is hereby adjudged that plaintiffs' request for a preliminary injunction is denied and that the entire action is dismissed without prejudice.

Dated: November 29, 2016

_____
Michael W. Fitzgerald
United States District Judge